IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILKES-BARRE PUBLISHING COMPANY d/b/a THE TIMES LEADER, | : : : |
| Petitioner/Defendant, | : : |
| vs. | : : |
| THE SCRANTON TIMES, L.P. and THE TIMES PARTNER, LLC, | : : : |
| Respondents/Plaintiffs. | : DOCKET.: 02 - 6000 |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## NOTICE OF REMOVAL

**To the Judges of the United States District Court for the Middle District of Pennsylvania:**

The Petition of the Wilkes-Barre Publishing Company, d/b/a The Times Leader, respectfully shows:

**1.** On the 5th day of November, 2008, an action was commenced against petitioner in the Court of Common Pleas of Lackawanna County, Commonwealth of Pennsylvania, entitled: The Scranton Times, L.P. and The Times Partners, LLC, plaintiffs vs. Wilkes-Barre Publishing Co., d/b/a The Times Leader, defendant; Docket No.: 08-EQ-7676. A copy of the complaint, together with complaint Exhibits A, B and C are annexed hereto.

**2.** On the 19th day of November, 2008, the respondents/plaintiffs filed a petition for a preliminary injunction with the Lackawanna County Court. A hearing has been scheduled for December 2, 2008, before the court. A copy of the petition for preliminary injunction and Exhibit D are annexed hereto.

**3.** The above-described action is a civil action of which this court has original jurisdiction pursuant to 28 U.S.C.§§1331 and 1338 and 17 U.S.C. §102, *et. seq.*, and is one which may be removed to this court by petitioner, defendant therein, pursuant to the provisions of 28 U.S.C. §1441 in that the complaint seeks equitable and monetary relief (in excess of $75,000.00) for the alleged unauthorized copying and publishing of material from respondent's newspaper and website. Pursuant to 17 U.S.C.§301, federal law preempts all state law claims for the alleged activity of the petitioner and provides this court with exclusive jurisdiction over these issues. **[28 U.S.C. §1338.]**

**WHEREFORE**, petitioner prays that the above action now pending in the Court of Common Pleas of Lackawanna County be removed therefrom to this court.

Respectfully submitted,

By: _____
**Ralph E. Kates, III, Esquire**
I.D.: PA15761
358 South Franklin Street
Wilkes-Barre, PA 18702
570-824-9374
Email: rkates@epix.net
Counsel for *The Times Leader*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILKES-BARRE PUBLISHING COMPANY d/b/a THE TIMES LEADER, | : : : |
| Petitioner/Defendant, | : : |
| vs. | : : |
| THE SCRANTON TIMES, L.P. and THE TIMES PARTNER, LLC, | : : : |
| Respondents/Plaintiffs. | : DOCKET.: 02 - 6000 |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## CERTIFICATE OF SERVICE

I, Ralph E. Kates, III, Esquire, hereby certify that I have, on this, the <u>24th</u> day of November, 2008, served a true and correct copy of the aforementioned Notice of Removal to federal court on the following:

**Lackawanna County Court**
Attn.: Clerk of Courts
Civil Division of Lackawanna County
200 North Washington Avenue
Scranton, PA 18503

**J. Timothy Hinton, Jr., Esquire**
Haggerty, McDonnell, O'Brien &
Hinton, LLP
203 Franklin Avenue
Scranton, PA 18503
Counsel for the Scranton Times

By: _____
**Ralph E. Kates, III, Esquire**
I.D.: PA15761
358 South Franklin Street
Wilkes-Barre, PA 18702
570-824-9374
Email: rkates@epix.net
Counsel for Wilkes-Barre Publ. Co.